=================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
-----------------------------------------------------------------

No. 97
The Ministers and Missionaries
Benefit Board,
      Interpleader Plaintiff,
    v.
Leon Snow et al.,
      Appellants,
    v.
The Estate of Clark Flesher,
et al.,
      Respondents.

Evan Morgen Mandel, for interpleader plaintiff.
Jesse T. Wilkins, for appellants.
Natalie A. Napierala, for respondents.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Certification of questions by the United States Court of Appeals
for the Second Circuit, pursuant to section 500.27 of this
Court's Rules of Practice, accepted and the issues presented are
to be considered after briefing and argument.  Chief Judge
Lippman and Judges Read, Pigott, Rivera, Abdus-Salaam, Stein and
Fahey concur.

Decided March 26, 2015